**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| WYATT COWLEY and CRAIG W. BAGLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ROUSH FENWAY KESELOWSKI RACING, LLC,<br><br>Defendant. | **Case No: 1:25-cv-00891**<br><br>**NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: June 15, 2026<br>Time: 10:00 A.M.<br>Courtroom: 4<br>Judge: Hon. David A. Bragdon |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, NOTICE IS HEREBY GIVEN** that, on June 15, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 4 of the above-entitled Court, located at 251 N. Main Street Winston-Salem, North Carolina 27101, Representative Plaintiffs will apply to this Court for an Order substantially similar to the Proposed Final Approval Order attached to the Settlement Agreement as **Exhibit F**, which contemplates the Court:

1. Granting final approval of the class action Settlement Agreement;
2. Awarding Attorneys' Fees and Costs to Class Counsel;
3. Awarding Service Awards to the Representative Plaintiffs; and

This Motion is based upon this Notice of Motion and Memorandum of Points and Authorities, the Joint Declaration of Laura Van Note, Jeff Ostrow and Jean Martin, the Declaration of Christopher Leung of Simpluris Inc, and the previously filed Motion for Preliminary Approval. This Motion is also based upon the complete files and records of

this Action and any oral argument and documentary evidence as may be presented to the Court at the hearing of this Motion.

Dated: May 1, 2026

Respectfully Submitted,


*/s/ Jean S. Martin*
Jean S. Martin, Esq.
**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLC**
17 East Main Street, #200
Pensacola, Florida 32502
Telephone: (850) 266-2893
Facsimile: (850) 916-7449
jmartin@awkolaw.com

Laura Van Note, Esq.*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
lvn@colevannote.com

Jeff Ostrow, Esq.*
**KOPELOWITZ OSTROW, P.A.**
One West Las Olas Blvd.
Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4200
ostrow@kolawyers.com

Attorneys for Representative Plaintiffs and the Class

**Pro Hac Vice granted*